UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY A. HART,
FDOC Inmate No. 075432,
    Plaintiff,

vs.                                                    Case No.: 3:20cv5587/LAC/EMT

S. DAVIS,
    Defendant.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on March 30, 2021 (ECF No. 33). Efforts have been made to furnish a copy of the Report and Recommendation to Plaintiff and to afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail has been returned as undeliverable. No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.     The chief magistrate judge's Report and Recommendation (ECF No. 33) is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g).

3. All pending motions are **DENIED** as moot.

4. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 7th day of July, 2021.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**